# FORGERY FRAUD

Forensic Examination / Digital Image Analysis
POB 352023  Westminster CO  80035



1

Retained by

**MORTGAGE DEFENSE SYSTEMS**
275 Cumberland Parkway #3275
Mechanicsburg, PA 17055
Phone: 717-503-6903

In Regard

**YWUANA PEDEN**
219 Dateleaf Avenue, Capitol Heights, MD 20743

IN QUESTION

DOC 1.  ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST.
MERS: Michael Drawdy, Assistant Secretary (Director REO Pennymac October 2011-Present  /
Kim Roldan: Sr Loan Officer, Nations Lending Corporation.

DOC 2.  APPOINTMENT OF SUBSTITUTE TRUSTEES.
DOC 3. APPOINTMENT OF SUBSTITUTE TRUSTEES.

DOC 4.  MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST. Page 1 of 3.
MERS: Leonard N. James, Vice President.

DOC 5.  MARYLAND ASSIGNMENT OF DEED OF TRUST. Page 1 of 2 JP Morgan Chase.
DOC 6.  MARYLAND ASSIGNMENT OF DEED OF TRUST. Page 1 of 2 JP Morgan Chase.

DOC 7.  DEED OF TRUST. Page 1 of 14 /
Lender: M-POINT Mortgage Services, Inc. or MERS (Mortgagee) Not a Bank or Lender.
MERS does not Originate. Lend, Service or Invest in Home Mortgage Loans.
DOC 8.  DEED OF TRUST. Page 1 of 8 / Second Mortgage /Jan 30 2007.

DOC 9.  SUBSTITUTE OF TRUSTEE'S DEED. / Foreclosure Deed.Dated: December, 14 2015.

**2**

## DISCLOSURE OF NEUTRALITY

The Forensic Document Examination and Digital Image Analysis protocol is not an advocacy of for one side or the other. We are an independent forensic source that is separate of all other marketing names, trademarks, or identification, whether verbal or written. We are impartial, nonaligned, nonpartisan, unbiased, neutral and independent in all forensic examinations and opinion cases.

We do not withhold or omit any findings and or opinions discovered during a forensic examination that would cause misinterpretation of distortion of the facts. We perform an orderly analysis, investigation, inquiry test, inspection, to obtain the truth and form an expert opinion, conduct evaluations, examinations, and inquiries and report the true results of the findings in an unbiased and objective manner.

Forgery Fraud Forensic Document Examination is an independent examination source with no influence or bias point of view. It is not our position to win or lose a case but to find the facts and the truth of all questioned documents that becomes a permanent court record. That is the litigation and or attorney's job.

Oath of binding Certification and Forensic Examiner Creed.

1   I shall investigate for the truth and refrain from any adverse bias conduct.
2   » I shall report only the truth in the most ethical professional manner at all times.
3   » I shall avoid conflicts of advocacies and will not omit any findings or opinions discovered.
4   » I shall conduct myself ethically and not distort the facts.
5   » I shall seek to preserve the highest standard of my certification and profession.
6   » As a Forensic Examiner, I shall not have a monetary interest in any outcome of a matter in which I am retained and I shall not tolerate any bias influence.
7   » I shall share my knowledge and experience with other examiners in a professional manner.
8   » I shall avoid conflicts of interest and will continue my professional development throughout my career through continuing education, seminars, and other studies.
9   » As a Forensic Examiner, I will express my expert neutral opinion based only upon my knowledge, skill, education, training, and experience.
10  » The light of knowledge shall guide me to the truth, and with justice the truth shall prevail.

To all these things, I affirm to uphold.


GARY MICHAELS, FDE, DABFE, 114768

NOMENCLATURE (1 of 2)

1. **COVER.**
2. DISCLOSURE OF NEUTRALITY
3. NOMENCLATURE.
4. NOMENCLATURE.
5. Forensic Protocol.
6. 7., **LETTER OF OPINION.**

8. **DOC 1. ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST.**
9. MERS: Michael Drawdy, Assistant Secretary (Director REO Pennymac October 2011-Present / Kim Roldan: Sr Loan Officer, Nations Lending Corporation.
10. DOC 1. ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST. MERS Edited by Photoshop
11. **DOC 2. DOC 3. APPOINTMENT OF SUBSTITUTE TRUSTEES.**
Figure 1: Presented as Original / Figure 2: Fraudulent Clone Duplications.
Figure 3: Presented as Original / Figure 4: Edited by Photoshop.
12. **DOC 4. MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST. Page 1 of 3**
Figure 1: Presented as Original. / Evidence of Compression.
Figure 2: Fraudulent Clone Duplication.
Figure 3: Signature Edited by Photoshop.
Figure 4: Duplication.
13. **DOC 4. MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST**. Page 1 of 3
**SIGNATURE COMPARISON** / CARLY R. KOLO. Evidence of Digital Cut & Paste.
Figure 1: Compression. / Figure 2: Clone Duplication.
Figure 3: Edited by Photoshop. / Figure 4: Duplication.
14. **DOC 5 DOC 6. MARYLAND ASSIGNMENT OF DEED OF TRUST** Page 1 of 2
Figure 1: Presented as Original. / Figure 2: Fraudulent Clone Duplication.

15. **DOC 7. DEED OF TRUST.** Page 1 of 8. MIN: **1002391-0010701102-4** / Subordinate 1st Lien.
Lender: M-POINT Mortgage Services, Inc. or MERS (Mortgagee) Bank or Lender
MERS does not Originate. Lend, Service or Invest in Home Mortgage Loans.
16. **DOC 7. DEED OF TRUST.** / SIGNATURE PAGE Page 7 of 8 / Second Mortgage /Jan 30 2007
MIN: 1002391-0010701132-4 / Presented as Original.
QUESTIONED SIGNATURE of: YWUANA PEDEN Presented as an Original Signature
17. **DOC 7. DEED OF TRUST. NOTARY** (TWO NOTARIES) Page 8 of 8 / /Jan 30 2007
MIN: 1002391-0010701132-4 / NOTARY (Second Mortgage).
18. **DOC 7. ACKNOWLEDGEMENT / LEONARD JAMES**
Figure 1: Presented as Original / Figure 2: Fraudulent Clone Duplication.
Figure 3: Presented as Original / Figure 3: Fraudulent Editing by Photoshop.

NOMENCLATURE (2 of 2)

**19. DOC 8.  DEED OF TRUST. Page 1 of 14**
**MIN: 1002391-0010701391-9**
**20. DOC 8.  DEED OF TRUST. SIGNATURE Page 1 of 14 / Presented as Original**
**MIN: 1002391-0010701391-9** / Figure 1 / Figure 2: Print Over / Figure 3: Illegible Witness Signature.
QUESTIONED SIGNATURE of:  YWUANA PEDEN
Figure 1: Signature Line Printed Over Lower Loops.
Figure 2: FORENSIC EXAMINER'S  NOTE:The Signature Line Figure 1 is Bolder and Darker
The rest of the Existing Signature Lines are not Bold or DarkEvidence of a "PRINT OVER"
Figure 3: Illegible Witness Signature.
**21. DOC 8.  DEED OF TRUST Page 1 of 14  MIN 1002391-0010701391-9**
**Expanded Questioned Signature of Ywuana Peden** / Figure 1 Signature Line Printed Over.
Luminance 3D Filter shows evidence of: Signature Line Print Over. Conclusion: Forgery.
**22. DOC 8.  DEED OF TRUST. Page 1 of 14 MIN: 1002391-0010701391-9**
EXPANDED QUESTIONED SIGNATURE  PRINT OVER
**23. DOC 8.  DEED OF TRUST. Page 1 of 14 MIN: 1002391-0010701391-9**
**SIGNATURE COMPARISON / SIGNATURE LINE PRINTED OVER.  FORGERY.**
Figure 1: Fraudulent Clone Duplication / Figure 2: Yellow Filter (Shows Print Over) Figure 3: Confirmed.
**24.DOC 8.  DEED OF TRUST. DUPLICATE NOTARY (Two) Page 8 of 8**
Reference to: MIN: 1002391-0010701391-9  Presented as Original.
**25. DOC 8.  DEED OF TRUST. Page 1 of 14 / Page 8 of 8**
Figure 1: Page 14 of 14 Presented as Original / Figure 2: Edited by Photoshop. / Fraudulent.
Figure 3: Page 8 of 8 Presented as Original / Figure 4: Edited by Photoshop. / Fraudulent.

**26. FINANCE AFFIDAVIT / QUESTIONED SIGNATURE OF:  YWUANA PEDEN.**
Signature in uestion.
**27. DOC 9.  SUBSTITUTE OF TRUSTEE'S DEED. / Foreclosure Deed.**Dated: December 14 2015.

**28. QUESTIONED SIGNATURE COMPARISON  /  YWUANA PEDEN**
Structure Formation DO NOT MATCH  / CONCLUSION: FORGERY.
Figure 1: NO MATCH TO Figure 2.
Figure 2: NO MAYCH TO Figure 1.

## FORENSIC PROTOCOL:

I, GARY MICHAELS, Forensic Document Examiner, FDE DABFE 114768, and Digital Image Extraction Analyst do hereby under the penalty of perjury was retained to do a forensic document examination and a digital image extraction analysis of the questioned documents for, YWUANA PEDEN, Property Address: 219 Dateleaf Avenue, Capitol Heights, MD 20743., in regard to the following protocol:

All Forensic Questioned Document Examinations are performed in a non-destructive analysis in accordance to the ASTM, American Testing Materials Standards and Guidelines E2290-07 formerly under the jurisdiction of E30.02 on all Questioned Documents and the Daubert Ruling meeting Federal Rules of Discovered Evidence 702 and all forensic guidelines and standards of the ABFE, American Board of Forensic Examiners.

**Expertise in:**
1. Forensic Document Examination / Handwriting Identification / DIE Extraction / EXIF Analysis.
2. DIE aka Direct Image Extraction of questioned documents.
3. EXIF (Exchangeable Information File ) Meta Data Analysis of Photographs & Photocopies.
4. Photoshop Manipulation Analysis.
5. Financial Contracts & Agreements / Wills / Mortgage Loan Agreements / Quit Claim Deeds.

**In Practice from**: 1983 to Present

**Training**:
1. Handwriting Expert: 1962 - 1965 / Instructor: Ella Burbach
2. Rocky Mountain Handwriting Sciences: 1983 - 1985 / Forensic Handwriting Analysis
3. Andrew Bradley: 1989 - 1992 / Basic & Advanced Forensic Document Examination
4. Developer of DIE aka Digital Image Extraction

**Specialist in the Following:**
• Forensic Document Examination / Handwriting Identification
• Macro Closeup Forensic UVIR (Ultraviolet Infrared) Photography
• EXIF (Exchangeable Information File) Meta Data Analysis
a. Photoshop Analysis of Photographs & Photocopies
b. Forensic Beta Software
c. Photographic Detection for Digital Manipulation and Cloned Cut & Paste

**Board Certified**:
ABFE, American Board of Forensic Examiners / DABFE # 114768
**Memberships**:
ACFE, American College of Forensic Examiners
ASTM, American Society of Testing Materials # 1871922

LETTER OF OPINION
YWUANA PEDEN

I, Gary Michaels, FDE, DABFE, 114768, Forensic Document Examiner and Digital Image Extraction Analyst do hereby make this statement made and retained by Mortgage Defense Systems, 275 Cumberland Parkway #3275, Mechanicsburg, PA. 17055.
In regard to: Ywuana Peden, Property Addresss: 219 Dateleaf Avenue, Captitol Heights, MD 20743.

At the request of Mickey Paoletta and on behalf of his client, Ywauana Peden the attached documents are in question as to authenticity and come to reach a neutral non-bias conclusion of opinion if the following questioned documents submitted as claimed are genuine or are fraudulent..

In Question:
DOC 1. ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST.
MERS: Michael Drawdy, Assistant Secretary (Director REO Pennymac October 2011-Present /
Kim Roldan: Sr Loan Officer, Nations Lending Corporation.

DOC 2. APPOINTMENT OF SUBSTITUTE TRUSTEES.
DOC 3. APPOINTMENT OF SUBSTITUTE TRUSTEES.

DOC 4. MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST. Page 1 of 3.
MERS: Leonard N. James, Vice President.

DOC 5. MARYLAND ASSIGNMENT OF DEED OF TRUST. Page 1 of 2 JP Morgan Chase.
DOC 6. MARYLAND ASSIGNMENT OF DEED OF TRUST. Page 1 of 2 JP Morgan Chase.

DOC 7. DEED OF TRUST. Page 1 of 14 /
Lender: M-POINT Mortgage Services, Inc. or MERS (Mortgagee) Not a Bank or Lender.
MERS does not Originate. Lend, Service or Invest in Home Mortgage Loans.
DOC 8. DEED OF TRUST. Page 1 of 8 / Second Mortgage /Jan 30 2007.

DOC 9. SUBSTITUTE OF TRUSTEE'S DEED. / Foreclosure Deed.Dated: December, 14 2015.

EXAMINATION PROTOCOL
The forensic examination and digital image extraction analysis was performed in a non-destructive protocol in accordance to the ASTM, American Society of Testing Materials standards and guidelines E2290-07 formerly under the jurisdiction of #30.02 on all questioned documents and the Daubert Ruling meeting all federal rules of discovered evidence 702 and in accordance with the ABFE, American Board of Forensic Examiners and neutral conclusions made herein.

1 of 2

LETTER OF OPINION - YWUANA PEDEN

ANOMALIES
Anomalies exist on all of the documents submitted that have trash marks, indicative to photocopied documents produced by dirt specs on the equipment. Originals do not have trash marks unless the documents have been altered, by paper or digitally cut and pasted or in some strange way changed. Other anomalies include fonts that are printing variations of light and darks and undue wear and tear of mishandling.

MOST COMPELLING
The submitted documents show digital results of fabrication by Photoshop and or related software that are consistent in editing, clone duplications of poor quality multiple photocopies. The questioned documents that were submitted for forensic examination and digital analysis are a collective group of graphic works of said documents.

There is irrefutable findings evidence of fake submitted documents claimed to be original but are not, but rather are submitted multiple photocopied manipulations created by Photoshop or related software with digitally insertions by cut & paste. The hand written signatures of Ywuana Peden do not match in the content of the documents submitted. The questioned documents submitted are a production of counterfeit forged documents.

Further Affiant Sayeth not:

Signed: _Mary Michlats_          Date Nov 1 2016

GARY MICHAELS, FDE, DABFE, #114768
Forensic Document Examiner and Digital Extraction Analyst.

PUBLIC NOTARY STATE OF COLORADO OF  Adams  County.

The foregoing instrument was acknowledged to me this  1st  Day of November 20 16 .

Witnes my Handwritten Official Signature and SEAL _Amanda Myers_
My Commission Expires  10 07 20 .

Amanda S Myers
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084034260
MY COMMISSION EXPIRES 10/07/20

2 of 2

# DOC 1: ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

Figure 1

35784 094

Clerk of the Circuit Court
2007 MAR 20 AM 12:26
RECORDED

IMP FD SURE $ 40.00
RECORDING FEE 20.00
TOTAL 60.00
Rest PG04 Rcpt # 63589
MB JF Blk # 5854
MB BWWBS10 12:27 pm

After recording, please return to:

BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Tax ID: 18-2097749

MIN#: 1002391-0010701091-9
PO Box 2026, Flint MI 48501-2026
MERS Phone Number: 1-888-679-6377

ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

The undersigned, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, ("Assignor"), its successors and assigns, does hereby give notice that it transfers and conveys to PennyMac Corp., ("Assignee"), whose address is, 6101 Condor Drive, Suite 300, Moorpark, CA 93021, all its beneficial interest, if any, in and to the below described Deed of Trust.

Date of Deed of Trust: January 30, 2007
Original Principal Balance: $312,000.00
Borrower(s): Ywuarn Peden
Original Trustee: James R. Tate
Original Lender: M-Point Mortgage Services, LLC
Recorded on 3/9/2007 in: Liber 27344, Folio 381, among the Land Records of Prince George's County, Maryland

Legal description: SEE ATTACHED LEGAL DESCRIPTION

Tax Parcel ID: 18-2097749
Commonly known as: 219 Dateleaf Avenue, Capitol Heights, MD 20743

Figure 2 Presented as Original

35784 094

Clerk of the Circuit Court
2007 MAR 20 AM 12:26
RECORDED

IMP FD SURE $ 40.00
RECORDING FEE 20.00
TOTAL 60.00
Rest PG04 Rcpt # 63589
MB JF Blk # 5854
MB BWWBS10 12:27 pm

After recording, please return to:

BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Tax ID: 18-2097749

MIN#: 1002391-0010701091-9
PO Box 2026, Flint MI 48501-2026
MERS Phone Number: 1-888-679-6377

ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

The undersigned, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, ("Assignor"), its successors and assigns, does hereby give notice that it transfers and conveys to PennyMac Corp., ("Assignee"), whose address is, 6101 Condor Drive, Suite 300, Moorpark, CA 93021, all its beneficial interest, if any, in and to the below described Deed of Trust.

Date of Deed of Trust: January 30, 2007
Original Principal Balance: $312,000.00
Borrower(s): Ywuarn Peden
Original Trustee: James R. Tate
Original Lender: M-Point Mortgage Services, LLC
Recorded on 3/9/2007 in: Liber 27344, Folio 381, among the Land Records of Prince George's County, Maryland

Legal description: SEE ATTACHED LEGAL DESCRIPTION

Tax Parcel ID: 18-2097749
Commonly known as: 219 Dateleaf Avenue, Capitol Heights, MD 20743

Figure 3 CLONE DUPLICATION / FRAUDULENT

35784 094

Clerk of the Circuit Court
2007 MAR 20 AM 12:26
RECORDED

IMP FD SURE $ 40.00
RECORDING FEE 20.00
TOTAL 60.00
Rest PG04 Rcpt # 63589
MB JF Blk # 5854
MB BWWBS10 12:27 pm

After recording, please return to:

BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Tax ID: 18-2097749

MIN#: 1002391-0010701091-9
PO Box 2026, Flint MI 48501-2026
MERS Phone Number: 1-888-679-6377

ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

The undersigned, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, ("Assignor"), its successors and assigns, does hereby give notice that it transfers and conveys to PennyMac Corp., ("Assignee"), whose address is, 6101 Condor Drive, Suite 300, Moorpark, CA 93021, all its beneficial interest, if any, in and to the below described Deed of Trust.

Date of Deed of Trust: January 30, 2007
Original Principal Balance: $312,000.00
Borrower(s): Ywuarn Peden
Original Trustee: James R. Tate
Original Lender: M-Point Mortgage Services, LLC
Recorded on 3/9/2007 in: Liber 27344, Folio 381, among the Land Records of Prince George's County, Maryland

Legal description: SEE ATTACHED LEGAL DESCRIPTION

Tax Parcel ID: 18-2097749
Commonly known as: 219 Dateleaf Avenue, Capitol Heights, MD 20743



**DOC 1: ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST.**
MERS: Michael Drawdy / Attest: Kim Roldan

FORENSIC FINDING

FIGURE 1 Presented as Original

BWW#: 68510

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed by the undersigned.

Dated: 3/12/14

ATTEST:

Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns

Kim Roldan

Name Michael Drawdy

Title Assistant Secretary

STATE OF ____:
COUNTY OF ____:

I, ____, a Notary Public in and for the State and County aforesaid, do hereby certify that ____, authorized by Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns personally appeared before me in the aforesaid jurisdiction and executed the foregoing Assignment, and had the authority to do the same.

Given under my hand and seal this ____ day of ____, ____.

Notary Public

My Commission Expires:

Figure 2
FRAUDULENT
CLONE DUPLICATION

BWW#: 68510

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed by the undersigned.

Dated: 3/12/14

ATTEST:

Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns

Kim Roldan

Name Michael Drawdy

Title Assistant Secretary

STATE OF ____:
COUNTY OF ____:

I, ____, a Notary Public in and for the State and County aforesaid, do hereby certify that ____, authorized by Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns personally appeared before me in the aforesaid jurisdiction and executed the foregoing Assignment, and had the authority to do the same.

Given under my hand and seal this ____ day of ____

Notary Public

My Commission Expires:





BWW#: 68510

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed by the undersigned.

Dated: 3/12/14

ATTEST:

Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns

Kim Roldan

Name   Michael Drawdy

Title   Assistant Secretary

STATE OF

COUNTY OF

I, _____, a Notary Public in and for the State and County aforesaid, do hereby certify that _____, authorized by Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for M-Point Mortgage Services, LLC, its successors and assigns personally appeared before me in the aforesaid jurisdiction and executed the foregoing Assignment, and had the authority to do the same.

Given under my hand and seal this _____ day of _____, _____.

Notary Public

My Commission Expires:   _____

Photoshop Edited

# DOC 2. DOC 3. APPOINTMENT OF SUBSTITUTE TRUSTEES.

Figure 1 Presented as Original

CAEFIY-240P7

36285 297

AFTER RECORDING, PLEASE RETURN TO:
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, by a Deed of Trust dated January 30, 2007, and recorded among the Land Records of Prince George's County, Maryland in Liber 27344, Folio 381, Ywunna Peden did grant and convey to James R. Tate, Trustee(s), the real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, and;

WHEREAS, under the terms of the Deed of Trust, the holder of the beneficial interest in the Deed of Trust may remove the trustee(s) and appoint successor trustee(s), and;

WHEREAS, PennyMac Loan Services, LLC is the holder of the beneficial interest in the Deed of Trust by virtue of being the holder or agent of the holder of the Note secured by the aforementioned Deed of Trust.

NOW THEREFORE, by virtue of the authority granted in the aforementioned Deed of Trust the undersigned hereby appoints Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Tayyaba C. Monto and Joshua Coleman as Substitute Trustees under the said Deed of Trust, any of whom may act independently, in the place and stead of the trustee(s) originally named therein or in place of any other trustee(s) who have heretofore been substituted for the originally name trustee(s), the said Substitute Trustees being vested with all of the right, title and interest and clothed with all the rights, power and privileges of the trustee(s) by the terms of said Deed of Trust and by applicable law.

Property address: 219 Dateleaf Avenue, Capitol Heights, MD 20743

PennyMac Loan Services, LLC
Name: Brett Gernon
Title: Foreclosure Operations Supervisor
Date: 7/21/14

2014 SEP -3 PR 0:0 CO

STATE OF ____________ )
COUNTY OF ____________ ) ss.

On this ____ day of ____________, 20__, before me, personally appeared ____________, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that he/she/they executed the same for purposes therein contained.

Given under my hand and seal.

My Commission Expires: Notary Public

Figure 2 FRAUDULENT CLONE DUPLICATION

CAEFIY-240P7

36285 297

AFTER RECORDING, PLEASE RETURN TO:
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, by a Deed of Trust dated January 30, 2007, and recorded among the Land Records of Prince George's County, Maryland in Liber 27344, Folio 381, Ywunna Peden did grant and convey to James R. Tate, Trustee(s), the real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, and;

WHEREAS, under the terms of the Deed of Trust, the holder of the beneficial interest in the Deed of Trust may remove the trustee(s) and appoint successor trustee(s), and;

WHEREAS, PennyMac Loan Services, LLC is the holder of the beneficial interest in the Deed of Trust by virtue of being the holder or agent of the holder of the Note secured by the aforementioned Deed of Trust.

NOW THEREFORE, by virtue of the authority granted in the aforementioned Deed of Trust the undersigned hereby appoints Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Tayyaba C. Monto and Joshua Coleman as Substitute Trustees under the said Deed of Trust, any of whom may act independently, in the place and stead of the trustee(s) originally named therein or in place of any other trustee(s) who have heretofore been substituted for the originally name trustee(s), the said Substitute Trustees being vested with all of the right, title and interest and clothed with all the rights, power and privileges of the trustee(s) by the terms of said Deed of Trust and by applicable law.

Property address: 219 Dateleaf Avenue, Capitol Heights, MD 20743

PennyMac Loan Services, LLC
Name: Brett Gernon
Title: Foreclosure Operations Supervisor
Date: 7/21/14

STATE OF ____________ )
COUNTY OF ____________ ) ss.

On this ____ day of ____________, 20__, before me, personally appeared ____________, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that he/she/they executed the same for purposes therein contained.

Given under my hand and seal.

My Commission Expires: Notary Public

Figure 3 Presented as Original

CAEFIY-240P7

36285 297

AFTER RECORDING, PLEASE RETURN TO:
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, by a Deed of Trust dated January 30, 2007, and recorded among the Land Records of Prince George's County, Maryland in Liber 27344, Folio 381, Ywunna Peden did grant and convey to James R. Tate, Trustee(s), the real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, and;

WHEREAS, under the terms of the Deed of Trust, the holder of the beneficial interest in the Deed of Trust may remove the trustee(s) and appoint successor trustee(s), and;

WHEREAS, PennyMac Loan Services, LLC is the holder of the beneficial interest in the Deed of Trust by virtue of being the holder or agent of the holder of the Note secured by the aforementioned Deed of Trust.

NOW THEREFORE, by virtue of the authority granted in the aforementioned Deed of Trust the undersigned hereby appoints Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Tayyaba C. Monto and Joshua Coleman as Substitute Trustees under the said Deed of Trust, any of whom may act independently, in the place and stead of the trustee(s) originally named therein or in place of any other trustee(s) who have heretofore been substituted for the originally name trustee(s), the said Substitute Trustees being vested with all of the right, title and interest and clothed with all the rights, power and privileges of the trustee(s) by the terms of said Deed of Trust and by applicable law.

Property address: 219 Dateleaf Avenue, Capitol Heights, MD 20743

PennyMac Loan Services, LLC
Name: Brett Gernon
Title: Foreclosure Operations Supervisor
Date: 7/21/14

STATE OF ____________ )
COUNTY OF ____________ ) ss.

On this ____ day of ____________, 20__, before me, personally appeared ____________, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that he/she/they executed the same for purposes therein contained.

Given under my hand and seal.

My Commission Expires: Notary Public

Figure 4 EDITED BY PHOTOSHOP

CAEFIY-240P7

36288 297

Bethesda, MD 20814

Property address: 219 Dateleaf Avenue, Capitol Heights, MD 20743

Name: Brett Gernon

Notary Public



**DOC 4. MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST** Page 1 of 3

**12**

Figure 1  Presented as Original

Figure 2  FRAUDULENT CLONE DUPLICATION







**DOC 4.  MARYLAND CORRECTIVE ASSIGNMENT OF DEED OF TRUST.** Page 1 of 3

SIGNATURE COMPARISON  /  CARLY R. KOLO



Figure 1



Figure 2



Figure 3



Figure 4

**DOC 5 DOC 6. MARYLAND ASSIGNMENT OF DEED OF TRUST** Page 1 of 2

Figure 1 Presented as Original

36406 651

Clerk of the
Circuit Court

2014 OCT 21 AM 9:00

PR GEO CO MD #86

I hereby certify that this instrument has been prepared by:

CARLY R. KOLO (Signature(s))

☒ under the supervision of the above signed Maryland Attorney.
☐ one of the parties named in this instrument.
Printed Name: WILLIAM H. PEIRSON
Title:
Company Name: PEIRSONPATTERSON, LLP

After recording please return to:

PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

[Space Above This Line For Recording Data]

Loan No.: 5304230104

## MARYLAND ASSIGNMENT OF DEED OF TRUST

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Deed of Trust (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto PennyMac Corp., (herein "Assignee"), whose address is 6101 Condor Drive, Suite 300, Moorpark, CA 93021, all beneficial interest under a certain Deed of Trust dated January 30, 2007 and recorded on March 9, 2007, made and executed by YWUANA PEDEN to JAMES R. TATE, Trustee, upon the following described property situated in PRINCE GEORGE'S County, State of Maryland:
Property Address: 219 DATELEAF AVENUE, CAPITOL HEIGHTS, MD 20743

See exhibit "A" attached hereto and made a part hereof.

such Deed of Trust having been given to secure payment of Three Hundred Twelve Thousand and 00/100ths ($312,000.00), which Deed of Trust is of record in Book, Volume, or Liber No. 27344, at Page 381 (or as No. N/A), in the Office of the County Recorder of PRINCE GEORGE'S County, State of Maryland.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IMP FD SURE $ 40.00
RECORDING FEE 20.00
TOTAL 60.00
Rest PG05 Rcpt # 65612
PMB NMR Blk # 4463
Oct 21, 2014 09:01 am

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project W7762 Page 1 of 2 L3210MD 01/11 Rev. 02/14

* 5 3 0 4 2 3 0 1 0 4 *

Figure 2: Fraudulent Clone Duplication

36406 651

Clerk of the
Circuit Court

2014 OCT 21 AM 9:00

PR GEO CO MD #86

I hereby certify that this instrument has been prepared by:

CARLY R. KOLO (Signature(s))

☒ under the supervision of the above signed Maryland Attorney.
☐ one of the parties named in this instrument.
Printed Name: WILLIAM H. PEIRSON
Title:
Company Name: PEIRSONPATTERSON, LLP

After recording please return to:

PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

[Space Above This Line For Recording Data]

Loan No.: 5304230104

MARYLAND ASSIGNMENT OF DEED OF TRUST

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Deed of Trust (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto PennyMac Corp., (herein "Assignee"), whose address is 6101 Condor Drive, Suite 300, Moorpark, CA 93021, all beneficial interest under a certain Deed of Trust dated January 30, 2007 and recorded on March 9, 2007, made and executed by YWUANA PEDEN to JAMES R. TATE, Trustee, upon the following described property situated in PRINCE GEORGE'S County, State of Maryland:
Property Address: 219 DATELEAF AVENUE, CAPITOL HEIGHTS, MD 20743

See exhibit "A" attached hereto and made a part hereof.

such Deed of Trust having been given to secure payment of Three Hundred Twelve Thousand and 00/100ths ($312,000.00), which Deed of Trust is of record in Book, Volume, or Liber No. 27344, at Page 381 (or as No. N/A), in the Office of the County Recorder of PRINCE GEORGE'S County, State of Maryland.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IMP FD SURE $ 40.00
RECORDING FEE 20.00
TOTAL 60.00
Rest PG05 Rcpt # 65612
PMB NMR Blk # 4463
Oct 21, 2014 09:01 am

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project W7762 Page 1 of 2 L3210MD 01/11 Rev. 02/14

* 5 3 0 4 2 3 0 1 0 4 *







*RuB*

3/3

27344    398

CLERK OF THE
CIRCUIT COURT
07 MAR -9 PM 2:17

After Recording Return To:
NETBANK
9770 TWO NOTCH ROAD
COLUMBIA, SOUTH CARCLINA 29223
Loan Number: 0010701132

PRINCE GEORGES COUNTY, MD
APPROVED BY
#09

FEB 2 1 2007

$ 171⁵⁰ RECORDATION TAX PAID
$ 546⁰⁰ TRANSFER TAX PAID

Return To:
Monument Title
4821 Leland Street
Chery Chase, MD 20815

Parcel ID#
Title Insurer: Stewart Title
Case # 688⁻

—————————————— [Space Above This Line For Recording Data] ——————————————

## DEED OF TRUST

MIN: 1002391-0010701132-4

THIS DEED OF TRUST is made this 30th   day of JANUARY,  2007          ,among the Grantor,
YWUANA PEDEN, 219 DATELEAF AVENUE, CAPITOL HEIGHTS, MARYLAND
20743

(herein "Borrower" ,

JAMES R. TATE
3235 LLOYD BOWEN ROAD, ST. LEONARD, MARYLAND 20685          (herein "Trustee" ,
and the Beneficiary, Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as
hereinafter defined, and Lender's successors and assigns).  MERS is organized and existing under the laws of
Delaware, and has an address and telephone number of P.O. Box 2826, Flint, MI 48501-2026, tel. (888) 679-MERS.
M-POINT MORTGAGE SERVICES, LLC., A MARYLAND LIMITED LIABILITY COMPANY
is organized and existing under the laws of MARYLAND                       and has an address of
1655 CROFTON BOULEVARD, SUITE 301, CROFTON, MARYLAND 21

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants
and conveys to Trustee, in trust, with power of sale, the following described property located in the County of
PRINCE GEORGE'S                         , State of Maryland:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N.: 2097749

THIS SECURITY INSTRUMENT IS SUBORDINATE TO AN EXISTING FIRST
LIEN(S) OF RECORD.
which has the address of 219 DATELEAF AVENUE
                                            [Street]
CAPITOL HEIGHTS          , Maryland 20743          (herein "Property Address");
       [City]                              [Zip Code]

MARYLAND - SECOND MORTGAGE - 1/80          Page 1 of 8          DocMagic ℮Formes 800-649-1362
3821 - AS AMENDED FOR MERS                                      www.docmagic.com

DOC 7. DEED OF TRUST. Page 1 of 8 / Second Mortgage /Jan 30 2007

**16**

MIN: 1002391-0010701132-4

QUESTIONED SIGNATURE of: YWUANA PEDEN
Presented as an Original Signature

**REQUEST FOR NOTICE OF DEFAULT
AND FORECLOSURE UNDER SUPERIOR
MORTGAGES OR DEEDS OF TRUST**

Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over this Deed of Trust to give Notice to Lender, at Lender's address set forth on page one of this Deed of Trust, of any default under the superior encumbrance and of any sale or other foreclosure action.

IN WITNESS WHEREOF, Borrower has executed and acknowledges receipt of pages 1 through 8 of this Deed of Trust.

_____ (Seal)          _____ (Seal)
YWUANA PEDEN         -Borrower                                    -Borrower

_____ (Seal)          _____ (Seal)
                            -Borrower                                    -Borrower

_____ (Seal)          _____ (Seal)
                            -Borrower                                    -Borrower

Witness:                                   Witness:

_____                  _____

Illegible Witness Signature / NO SPECIFIC NAME

MARYLAND - SECOND MORTGAGE - 1/80
3821 - AS AMENDED FOR MERS          Page 7 of 8          DocMagic *PRIME* 800-649-1362
                                                                        www.docmagic.com

DOC 7. DEED OF TRUST. Page 8 of 8 / Second Mortgage /Jan 30 2007
MIN: 1002391-0010701132-4

## NOTARY

**17**

State of Maryland
County of *Montgomery* ——————— [Space Below This Line For Acknowledgment] —————————
On this _30_ day of _January, 2007_ , before me, the undersigned officer,
personally appeared  YWUANA  PEDEN

known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness hereof I hereunto set my hand and official seal.

RICHARD S. ULF
NOTARY PUBLIC, State of Maryland
County of Montgomery
My Commission Expires March 1, 2007

Signature _____

Typewritten or Printed Name of Notary Public

Notary Public
My Commission expires:

State of *Maryland*
County of *Montgomery*
On this _30_ day of _January, 2007_ , before me, the undersigned officer,
personally appeared
*David   Shreve*

the agent(s) of the person(s) secured by the foregoing deed of trust and made oath in due form of law that the consideration recited in said deed of trust is true and bona fide as therein set forth; if this is a purchase money transaction, that the actual sum of money advanced at the closing transaction by the secured party(ies) was paid over and disbursed by the party(ies) secured by the deed of trust to either the borrower(s) or the person(s) responsible for disbursement of funds in the closing transaction or his/her/their respective agent at a time no later than the execution and delivery of the deed of trust by the borrower; and that he/she/they is/are the agent(s) of the person(s) secured by the deed of trust and is duly authorized to make this affidavit.

In witness hereof I hereunto set my hand and official seal.

RICHARD S. ULF
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 1, 2007
(Seal)

Signature _____

Typewritten or Printed Name of Notary Public

Notary Public
My Commission expires:

**CERTIFICATION:**  This is to certify that this deed of trust:

☐   was prepared by or under the supervision of _____ , an attorney licensed to practice law in the state of Maryland.

☒   was prepared by M-POINT MORTGAGE SERVICES, LLC. _____ , one of the parties to the instrument.

Signature _____   Date _1/30/07_   Typewritten or Printed Name _Richard Ulf_

                                                                 Its: _____

# 18. ACKNOWLEDGEMENT / LEONARD JAMES

Figure 1 Presented as Original

36406 652

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on 7-24-14.

Property Tax ID No.: 2097749

Assignor:
JPMorgan Chase Bank, National Association

By: Leonard N James

Its: Vice President

ACKNOWLEDGMENT

State of Louisiana

Parish of Ouachita

On this 24 day of July, 2014 before me appeared Leonard N James, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the Vice President of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that Leonard N James acknowledged the instrument to be the free act and deed of the national association.

Signature of Officer

Printed Name

NOTARY PUBLIC

Title of Officer

(Seal) My Commission Expires: LIFETIME

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project [illegible] Page 2 of 2 [illegible]

*5304230104*

Figure 2 Fraudulent Clone Duplication

36406 . 652

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on 7-24-14.

Property Tax ID No.: 2097749

Assignor:
JPMorgan Chase Bank, National Association

By: Leonard N James

Its: Vice President

ACKNOWLEDGMENT

State of Louisiana

Parish of Ouachita

On this 24 day of July, 2014 before me appeared Leonard N James, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the Vice President of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that Leonard N James acknowledged the instrument to be the free act and deed of the national association.

Signature of Officer

Printed Name

NOTARY PUBLIC

Title of Officer

(Seal) My Commission Expires: LIFETIME

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project [illegible] Page 2 of 2 [illegible]

Figure 3 Presented as Original

36406 652

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on 7-24-14.

Property Tax ID No.: 2097749

Assignor:
JPMorgan Chase Bank, National Association

By: Leonard N James

Its: Vice President

ACKNOWLEDGMENT

State of Louisiana

Parish of Ouachita

On this 24 day of July, 2014 before me appeared Leonard N James, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the Vice President of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that Leonard N James acknowledged the instrument to be the free act and deed of the national association.

Signature of Officer

Printed Name

NOTARY PUBLIC

Title of Officer

(Seal) My Commission Expires: LIFETIME

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project [illegible] Page 1 of 1 [illegible]

*5304230104*

Figure 4 Fraudulent Clone Duplication

[illegible]



27344    381

*lue*

2/3

CLERK OF THE
CIRCUIT COURT

07 MAR -9 PM 2: 16

CLERK OF THE
CIRCUIT COURT
07 MAR -9 PM 2: 17

After Recording Return To:
NETBANK
9710 TWO NOTCH ROAD
COLUMBIA, SOUTH CAROLINA 29223
Loan Number: 001070:091

Return To:
Monument Title
4821 Leland Street
Chevy Chase, MD 20815

Parcel ID#
Title Insurer: Stewart Title
Case # *6885*

——————————— [Space Above This Line For Recording Data] ———————————

## DEED OF TRUST

MIN: 1002391-0010701091-9

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 1 ,
13, 18, 28 and 21.  Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)  "Security Instrument" means this document, which is dated   JANUARY 30,  200 with all Riders to this document.
(B)  "Borrower" is   YWUANA PEDEN, 219 DATELEAF AVENUE, CAPITOL HEIGHTS,
MARYLAND 20743

Borrower is the trustor under this Security Instrument.
(C)  "Lender" is   M-POINT MORTGAGE SERVICES, LLC.

Lender is a   MARYLAND LIMITED LIABILITY COMPANY                                         organized
and existing under the laws of   MARYLAND
Lender's address is   1655 CROFTON BOULEVARD, SUITE 301, CROFTON,
MARYLAND 21114

(D)  "Trustee" is   JAMES R. TATE
3235 LLOYD BOWEN ROAD, ST. LEONARD, MARYLAND 20685

(E)  "MERS" is Mortgage Electronic Registration Systems, Inc.  MERS is a separate corporation that is acting
solely as a nominee for Lender and Lender's successors and assigns.  MERS is the mortgagee under this Security
Instrument.  MERS is organized and existing under the laws of Delaware, and has an address and telephone number
of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F)  "Note" means the promissory note signed by Borrower and dated  JANUARY 30, 2007

DOC#: 8 DEED OF TRUST WAS Open Page 06 14
MIN: 1002391-0010701391-9

QUESTIONED SIGNATURE of:  YWUANA PEDEN

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security
Instrument and in any Rider executed by Borrower and recorded with it.

Figure 1

_____ (Seal)                    _____ (Seal)
YWUANA PEDEN                -Borrower                                             -Borrower

Signature Line Printed Over Lower Loops

_____ (Seal)                    _____ (Seal)
                            -Borrower                                             -Borrower

_____ (Seal)                    _____ (Seal)
                            -Borrower                                             -Borrower

Figure 2  FORENSIC EXAMINER'S NOTE:

The Signature Line Figure 1 is Bolder and Darker
The rest of the Existing Signature Lines are not Bold or Dark
Evidence of a "PRINT OVER"

Witness:                                            Witness:

_____                           _____

Figure 3:  ILLEGIBLE  WITNESS SIGNATURE

**DOC 8.  DEED OF TRUST. Page 1 of 14**
**MIN: 1002391-0010701391-9**

**21**

EXPANDED QUESTIONED OF: SIGNATURE OF YWUANA PEDEN



Figure 1  Signature Line Print Over



**EXPANDED QUESTIONED SIGNATURES** PRINT OVER

**23**



Figure 1 Clone Duplication



Figure 2 Signature Line Printed Over



Figure 3 Confirmed Print Over of Signature Line

**DOC 8. DEED OF TRUST. From Page 8 of 8**
**Reference to: MIN: 1002391-0010701391-9**
**DUPLICATE DUAL NOTARY Page 8 of 8**

---

State of Maryland
County of Montgomery          ———— [Space Below This Line For Acknowledgment] ————

On this 30 day of January, 2007 , before me, the undersigned officer,
personally appeared YWUANA PEDEN

known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness hereof I hereunto set my hand and official seal.

RICHARD S. ULF
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 1, 2007
(Seal)

Signature _____

Typewritten or Printed Name of Notary Public

Notary Public
My Commission expires:

State of Maryland
County of Montgomery

On this 30 day of January, 2007 , before me, the undersigned officer,
personally appeared David Treve

the agent(s) of the person(s) secured by the foregoing deed of trust and made oath in doe form of law that the
consideration recited in said deed of trust is true and bona fide as therein set forth; if this is a purchase money loan
transaction, that the actual sum of money advanced at the closing transaction by the secured party(ies) was paid over
and disbursed by the party(ies) secured by the deed of trust to either the borrower(s) or the person(s) responsible for
disbursement of funds in the closing transaction or his/her/their respective agent at a time no later than the execution
and delivery of the deed of trust by the borrower; and that he/she/they is/are the agent(s) of the person(s) secured by
the deed of trust and is duly authorized to make this affidavit.

In witness hereof I hereunto set my hand and official seal.

RICHARD S. ULF
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 1, 2007
(Seal)

Signature _____

Typewritten or Printed Name of Notary Public

Notary Public
My Commission expires:

**CERTIFICATION:** This is to certify that this deed of trust:

☐ was prepared by or under the supervision of
_____, an attorney licensed to practice law in the state of Maryland.

☒ was prepared by M-POINT MORTGAGE SERVICES, LLC. , one of the parties to the instrument.

Signature _____     Date 1/30/07     Typewritten or Printed Name Richard Ulf

Its: _____

MARYLAND - SECOND MORTGAGE - 1/80
3821 - AS AMENDED FOR MERS                    Page 8 of 8

DocMagic *eForms* 800-649-1362
www.docmagic.com

State of Maryland
County of Montgomery

On this 30th day of January, 2007, before me, the undersigned officer, personally appeared THUANA PEDEN

known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness hereof I hereunto set my hand and official seal.

RICHARD B. ULF
Notary Public, State of Maryland
County of Montgomery
My Commission Expires Feb 1, 2010

Signature
Typewritten or Printed Name of Notary Public
Notary Public
My Commission expires:

State of Maryland
County of Montgomery

On this 30th day of January, 2007, before me, the undersigned officer, personally appeared
David Strave

RICHARD B. ULF
Notary Public, State of Maryland
County of Montgomery
My Commission Expires Feb 1, 2010

Signature
Typewritten or Printed Name of Notary Public
Notary Public
My Commission expires:

CERTIFICATION: This is to certify that this deed of trust:
☐ was prepared by or under the supervision of _____, an attorney licensed to practice law in the state of Maryland.
☒ was prepared by N-POINT MORTGAGE SERVICES, LLC., one of the parties to the instrument.

Signature                Date        Richard Ulf
                                     Typewritten or Printed Name
                                     Its: _____

# FINANCE AFFIDAVIT / QUESTIONED SIGNATURE OF: YWUANA PEDEN.

**26**

**27344** _396_
PROPERTY TAX ID # _209779_

**Office of Finance, Treasury Division**
**Finance Affidavit**

County Transfer Tax 1.4%
State Recordation Tax 4.40 per 1000.00
Rounded to next 500.00)

I/WE CERTIFY, under the penalties of perjury, that the following are accurate responses regarding the financing we are offering for record on this date in accordance with Tax Property Article 12-102 & County Code 10-187(A)

**PROPERTY TAX ID NUMBER**

<u>REQUIRED INFORMATION</u>: The following information refers ONLY to the loan(s) being refinanced or modified.

| LIBER/FOLIO | ORIGINAL LOAN AMOUNT | UNPAID PRINCIPAL BALANCE |
|---|---|---|
| 1) 24428/133 | 118,000.00 | 118,000.00 |
| 2) | | |

**A.** <u>STATE RECORDATION TAX – PRINCIPAL RESIDENCE</u>
All qualifications must apply to initial this section and MUST complete "REQUIRED INFORMATION" above.
_____ Initial here if:
  a.  This is a refinance of your principal residence.
  b.  You are the original mortgagor or assumed the debt from the original mortgagor.
  *Recordation tax based on difference between new loan amount and the unpaid principal balance of the loan that is being refinanced.* (NOTE: B-1 or B-2 MUST be initialed)

**B.** <u>COUNTY TRANSFER TAX – PRINCIPAL RESIDENCE</u>
All qualifications must apply to initial this section and MUST complete "REQUIRED INFORMATION" above on refi.
1. _____ Initial here if:
  a.  This is a new loan OR a refinance on your principal residence.
  b.  You had a purchase money trust/mortgage (Borrowed money to purchase property)
  c.  The *purchase money* trust/mortgage has been on record for more than 12 months.
  *Exempt from County Transfer Tax.* (NOTE: If refinancing, A MUST be initialed)
  *REQUIRED: You must submit a recorded copy of the deed of trust being refinanced.*

All qualifications must apply to initial this section and MUST complete "REQUIRED INFORMATION" above.
2. _____ Initial here if:
This is a refinance of your principal residence.
  a.  You did NOT have a purchase money trust/mortgage or purchase money was recorded less than 12 months ago.
  *County Transfer Tax on the difference between the new loan amt. and the original amt. of the loan being refinanced.*
  *REQUIRED: You must submit a recorded copy of the deed of trust being refinanced. (NOTE: A MUST be initialed)*

**C.** <u>COUNTY TRANSFER TAX – NON PRINCIPAL RESIDENCE</u>
All qualifications must apply to initial this section and MUST complete "REQUIRED INFORMATION" above.
_____ Initial here if:
  a.  This is a refinance of a property that is not your principal residence.
  b.  You are the original mortgagor or assumed the debt from the original mortgagor.
  *County Transfer Tax on the difference between the new loan amt. and the original amt. of the loan being refinanced.*
  *State Recordation Tax on full new loan amount.*
  *REQUIRED: You must submit a recorded copy of the deed of trust being refinanced.*

I/WE understand that if I/We fail to truthfully answer or provide information to avoid collection of County Transfer and State Recordation Tax, I/We may be found guilty of a misdemeanor and, on conviction, may be subject to a fine not exceeding $5,000.00 or imprisonment not exceeding (18) months or both; and I/We authorize Prince George's County to take the appropriate steps necessary to confirm and verify the information made on this affidavit.

_____
Signature of Borrower

_____
Signature of Borrower

State of Maryland
County of Montgomery

On this 30 day of January, 20 07 before me, a Notary Public of the State and County aforesaid, personally appeared Ywuana Peden, known to me to be, or satisfactorily proven to be the person(s) whose name(s) is/are subscribed to the within affidavit, and who acknowledged that he/she/they executed that same for the purposes therein contained.

My Commission Expires: _____

Do not write in box — for Geo. Cty Treasury Use Only
**PRINCE GEORGE'S COUNTY, MD**
APPROVED BY _____
#09
**FEB 2 1 2007**
$ 853.      RECORDATION TAX PAID
$ 2716.      TRANSFER TAX PAID

Notary Public Signature

Rev 7/06 (This form may be reproduced but not altered. **RICHARD SNOUF: IT IS ILLEGAL TO NOTARIZE A FORGED SIGNATURE.** Alterations that affect the validity of this form are prohibited.) Notary Public, State of Maryland County of Montgomery My Commission Expires March 1, 2007

[Seal: RICHARD S. NOTARY PUBLIC MONTGOMERY CO.]

**DOC 9. SUBSTITUTE OF TRUSTEE'S DEED. / Foreclosure Deed.Dated: December 14 2015.**

# 27

37738     415          Clerk of the
                       Circuit Court

AFTER RECORDING, PLEASE RETURN TO:          2016 JAN -5 AM 9: Tax I.D.# 18-2097749
BWW Law Group, LLC                                        BWW# 68510
6003 Executive Blvd., Suite 101
Rockville, MD 20852                         PR GEO CO MD #86

## SUBSTITUTE TRUSTEE'S DEED

THIS DEED, is made this December 14, 2015, by and between HOWARD N.
BIERMAN, Substitute Trustee, hereinafter referred to as party of the first part, and PennyMac Corp. c/o
PennyMac Loan Services, LLC ,6101 Condor Drive, Suite 200, Moorpark CA 93021, hereinafter
referred to as "Grantee";

WHEREAS, by virtue of a Appointment of Substitute Trustee recorded among the Land Records
of Prince George's County, Maryland, the party of the first part was appointed Substitute Trustee to
make sale of the hereinafter described property;

WHEREAS, by virtue of said Appointment of Substitute Trustee, any Substitute Trustee may act
independently of the other.

WHEREAS, default having occurred under the terms of a certain Deed of Trust from Ywuana
Peden, dated January 30, 2007 and recorded among the Land Records of Prince George's County,
Maryland in Liber 27344, Folio 381, said Substitute Trustee, in exercise of the power of sale conferred
by said Deed of Trust, and pursuant to foreclosure proceedings filed in the Circuit Court for Prince
George's County, Maryland as Case No. CAEF14-24083, first having posted bond for the faithful
performance of their trust, and after having given prior notice of the time, place, manner and terms of
sale by advertisement placed once a week for three successive weeks in a newspaper published in Prince
George's County, Maryland, at a public sale held at the Circuit Court for Prince George's County, 14735
Main Street, Upper Marlboro, MD, Duval Wing entrance, located on Main Street, on March 03, 2015,
did sell the property described in said Deed of Trust, to Grantee for the sum of $210,864.00, it being the
highest and best bidder at said public sale;                          IMP FO SURE $         40.00

WHEREAS, the aforesaid public sale has been duly reported to, and ratified and confirmed by the
Circuit Court for Prince George's County, Maryland, and purchase money of $210,864.00, as aforesaid,     20.00
has been fully paid and satisfied to the Substitute Trustee, said Substitute Trustee is now authorized by   IN TAX STATE   1,054.32
said Decree to execute these presents.                                  TOTAL          1,114.32

NOW, THEREFORE, THIS DEED WITNESSETH, that the said party of the first part, Substitute  t # 7885
Trustee, as aforesaid, for and in consideration of the premises, and the sum of $210,864.00 current   Blk # 691
money, paid by the said Grantee at and before the sealing and delivery of these presents, the receipt of   09:01 am
which is hereby acknowledged by the aforesaid parties, does grant unto the said Grantee, its successors
and assigns, in fee simple, all of their interest in those pieces or parcels of land, together with the
improvements, easements and appurtenances thereunto belonging situate, namely:

### THIS IS A FORECLOSURE DEED

PRINCE GEORGE'S COUNTY, MD
APPROVED BY _____
#03 _____

DEC 31 2015

$ 1160 50 RECORDATION TAX PAID
$ 2752.00 TRANSFER TAX PAID

37738   416

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 219 Dateleaf Avenue, Capitol Heights, MD 20743

Subject to restrictions, covenants and easements of record.

This instrument was prepared under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of the State of Maryland.

_____
Howard N. Bierman


WITNESS the hand and seal of sole acting Substitute Trustee.

IN PRESENCE OF

_____        _____
                                         Howard N. Bierman

STATE OF MARYLAND                    )
COUNTY OF MONTGOMERY                 ) ss.

I, Karlene Bryan , a Notary Public of the State of Maryland, in and for the County of Montgomery County, do hereby certify that the above Substitute Trustee, Howard N. Bierman, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be his/her intentional act and deed.

Given under my hand and seal this

My Commission Expires: 10/27/2019        Notary Public



BY SIGNING BELOW, Borrower acc
Instrument and in any Rider executed by Bor

Figure 1

NO MATCH
to
Figure 2

YWUANA PEDEN                    -B

DOC 8.  DEED OF TRUST. Page 1 of 14   MIN: 1002391-0010701391-9

I/WE understand that if I/WE fail to truth
Recordation Tax, I/We may be found gu
$5,000.00 or imprisonment not exceedin
appropriate steps necessary to confirm a

Figure 2

NO MATCH
to
Figure 1

Signature of Borrower

FINANCE AFFIDAVIT / QUESTIONED SIGNATURE OF: YWUANA PEDEN.