C/O Ywuana Peden

Rural Free Delivery 6089 Central Avenue

Capitol Heights, Maryland [20743]

April 11, 2017

**By Ywuana Peden**

The Honorable Paul W. Grimm

U.S. District Court for the District of Maryland

Greenbelt Division

6500 Cherrywood Lane

Greenbelt, MD 20770

301-344-0660

*RE:     Ywuana Peden v. Bww law Group LLC, et al., Case No. 8:16-cv-4012-PWG*

Dear Judge Grimm:

   Pursuant to the Court's Case management Order, Plaintiff Ywuana Peden respectfully request a postponement of the scheduled pre-motion telephone conference call scheduled April 17, 2017 at 2:00 PM with regards to Defendant's request to file a motion to dismiss, ECF No. 6. Plaintiff, is seeking justice but is at a disability in responding quickly and will need time to respond point for point to each allegation submitted. As of this date, I have yet to receive confirmation of the other defendant's service of process being completed and I will be traveling for the Easter Holiday which was previously scheduled. My request is Judge Grimm get justice for me and an extension of 30 days after 4/17/2017.

   Based upon the above request, please extend the conference call to May 17, 2017.

Respectfully submitted,

Ywuana Peden

Cc: Bret R. Gary