IRS LLC

Jan  5 2015  14:48   P.07

TAX ID NO. 18-2097749

## NOTICE OF PENDENCY OF ACTION

### (Lis Pendens)

Notice is hereby filed pursuant to 12 USC 95 (a) 2. of the pendency of an action in THE CIRCUT COURT FOR PRINCE GEORGE'S COUNTY  affecting the title to the property referenced below:

Court:          THE CIRCUT COURT FOR PRINCE GEORGE'S COUNTY

Title of Action:  MONICA YWUANA PEDEN AND UNITED STATE v. CARRIE M. WARD, *et al*.

Docket No.:       CAEFE14-24083

Object of Filing:  ASSIGNMENT OF REVERSIONARY INTEREST TO UNITED STATES.

SEE "COURT FILE ATTACHED"

Relief Sought: USUFRUTUARY RIGHTS  **PURSUANT TO 12 USC 95(a)2**

SEE "COURT FILE ATTACHED"

See "Court Case attached" AFFIDAVIT OF STATUS & STANDING page 2 line14, line 15

Demand is made to settle all matters

MONICA YWUANA PEDEN whose estate is to be affected thereby:  Any and all persons having or claiming to have any interest in the leasehold in fee simple in the property and premises situate, lying and being in the PRINCE GEORGE'S COUNTY being the same described in Liber 24428 folio 627, 219 DATELEAF AVE., CAPITOL HEIGHTS, MD 20743.  SEE "EXHIBIT A"

**EXHIBIT**

1

Monica Ywuana Peden

Registered Agent for the UNITED STATES

c/o Willis R. Bradwell Jr.  Fiduciary

dba District of Columbia registrar Office

of vital Records Public Health Department

of Health Department

899 North Capitol St.NE

Washington, DC 20002

Plaintiff

Subscribed and sworn to before me by authorized agent for MONICA YWUANA PEDEN this January 3, 2015.

State of Maryland
County of Prince George's County

Notary Public

My Commission expires 3/28/17

Return to:

Willis R. Bradwell Jr.  Fiduciary

dba District of Columbia registrar Office

of vital Records Public Health Department

of Health Department

899 North Capitol St NE

Washington, DC 20002

27344  395  **Exhibit A**

Lots numbered Thirty-two (32), Thirty-three (33) and Thirty-four (34) saving and excepting that part of Lot Thirty-two (32) which was conveyed to Paul W. Riley et ux by Deed recorded in Liber 2932 at folio 261, among the Land Records of Prince George's County, Maryland, all in Block lettered "T" in the subdivision known as "SECTION NO. 2, CARMODY HILLS," as per plat thereof recorded in Plat Book SDH 3 at folio 10, one of the Land Records of said state and county said excepted part of Lot 32 being more particularly described as follows: Beginning for the subject property at the southwest corner of Lot 32 in Block "T" of Carmody Hills Subdivision, Section 2, which is as recorded in Plat Block SDH 3 at folio 10, among the Land Records of Prince George's County, Maryland and thence with the easterly right of way Line of 73rd Street (50' Right of Way) North 23 degrees 53; West 6.00 feet to an iron pipe set and thence crossing aforesaid Lot 32 North 65 degrees 07' East 100.00 feet to an iron pipe set and thence with part of the easterly line of aforesaid Lot 32 South 23 degrees 53; East 6.00 feet to a point and thence with the easterly line of aforesaid Lot 32 South 65 degrees 07' West 700.00 feet to the point of beginning containing 600 square feet of land more or less.

BEING the same property which, by Deed dated April 8, 2005, and recorded among the Land Records of the County of Prince George's, State of Maryland, in Liber No. 22304, folio 79, was granted and conveyed by Clarice Brown unto UPMG, Inc..

 MARYLAND JUDICIARY

Date Printed :12/16/2014
Circuit Court For Prince George's County, Maryland

## Civil Case Summary

Case No:   CAEF14-24083

**Case Description:**   WBGLMC vs Peden

**Case Status:**   ACTIVE

**AOC Case Type:**   Property

**Civil Case Type:**   Foreclos of Deed Tr

**Filing Date:**   09/02/2014

**DCM Track:**   9

**Try By Date:**

### Related Cases

Related CaseId

### Parties

| Party ID | Party Name | Party Code | End Date |
|---|---|---|---|
| LE3535 | Lele, Pratima | ATT | |
| 82743224 | Peden, Ywuana | DEF | |
| WBGLMC | Ward, Bierman, Geesing, Lele, Monto and Coleman | SUB | |

### Judgments

| Amount | Name | Filing Date | Status | Last Active Date |
|---|---|---|---|---|

### Events

| Schedule Date | Schedule Event | Closing Docket | Docket Date | Judge |
|---|---|---|---|---|

Printed: 12/16/2014 - DVECLAY

Civil Case Summary

Page 1 of 2

IN THE CIRCUT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| Carrie M. Ward, et al. | * | |
| 6003 Executive Blvd., Suite 101 | * | |
| Rockville, MD 20853 | * | Case No. CAEF14-24083 |
| Plantiffs | * | |
| | * | |
| vs. | * | |
| YWUANA PEDEN | * | |
| 219 Dateleaf Avenue | * | |
| Capitol Hts, MD 20743 | * | |
| Defendant(s) | * | |

* * * * * * * * * * *

**NOTICE OF AFFIDAVIT**

Dear Clerk,

Please accept the affidavit(s). Herein is the attached Affidavit(s).

Respectfully submitted,

By: _Ynica Williams_

## BIERMAN, GEESING, WARD & WOOD, LLC

### ATTORNEYS AND COUNSELORS AT LAW

HOWARD N. BIERMAN (MD,DC,VA,MA)
JACOB GEESING (MD, DC)
CARRIE M. WARD (MD,DC)
STEPHEN B. WOOD (VA)
JESSICA BERTOVICH (VA)
KYLE BLACKSTONE (MD)
MATTHEW D. COHEN (MD,DC,VA)
BRAD DAIL (VA)
ALBERT G. DECESARIS, JR. (MD)
RALPH J. DIPIETRO (DC,MD,NY,PA)
KEVIN FEIG (MD,DC,NY)
DIONNE JOSIAH (DC,MD)

4520 EAST WEST HIGHWAY, SUITE 200
BETHESDA, MD 20814
http://www.bgww-llc.com
(301) 961-6555
FAX: (301) 961-6545

JOSEPH M. LENOIR (VA)
REESE L. LESKO (MD)
ADAM M. LYNN (MD)
ROHIT MATHEW (DC,VA)
ALLISON MELTON (VA)
ROBERT MICHAEL (VA,WV)
STEPHANIE MONTGOMERY (MD,DC,NC)
STEPHEN RELYEA (VA)
JARED SLATER (VA)
JAMES TRAVIS (DC,MD)
CHRISTINA WILLIAMSON (DC,MD)

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

August 05, 2010

RE:  Ywuana Peden
     JPMorgan Chase Bank National Association Loan # 5392250104
     Property Address: 219 Dateleaf Avenue, Capitol Heights, MD 20743

Dear Sir/Madam:

Pursuant to your request for a payoff figure, we have determined that the amount required to payoff the above referenced loan is $364,185.91. This amount is good through August 26, 2010. The per diem is $57.68. Cash, certified checks or money order payable to BIERMAN, GEESING, WARD & WOOD, LLC, must be received at the following time:

Bierman, Geesing, Ward & Wood, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814 to the attention of Wen Bin.

This loan is in foreclosure. The above figure is only good through August 26, 2010. If you are tendering funds after the good through date above, please be advised that additional fees, costs or charges may be due on this mortgage account and the foreclosure sale will not be canceled unless these additional fees, costs or charges are paid upon demand. In the event that any such fees, costs or charges incurred after the good through date are not paid upon demand, the trustee and or the lender/servicer reserve the right, at their sole discretion, to return all sums tendered and proceed with the foreclosure sale of the property. Acceptance of any funds tendered will not constitute a waiver of the trustee and or the lender/servicer rights to continue collection activities on this account, including but not limited to foreclosure of the property.

The figures quoted above are subject to final verification by the Noteholder. The Noteholder reserves the right to demand additional funds, before or subsequent to the release of the Noteholder's security interest in the property securing the loan, to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical or otherwise. The payoff figure is also subject to change to reflect any transactions that may occur on or subsequent to the date of this payoff.

We are a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you are in bankruptcy or have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

Sincerely,

Bierman, Geesing, Ward & Wood, LLC

Wen Bin

Chase Home Finance LLC
FLS-7730
PO BOX 44090
Jacksonville, FL 32231-4090

05/28/2010

CHASE O

Date 9/21/2010

YWAUNA PEDEN          000033
219 DATELEAF AVE
CAPITOL HEIGHTS  MD  20743

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

NOTICE OF INTENT TO FORECLOSE
Pursuant to Real Property Section 7-105.1 Annotated Code of Maryland

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE CURRENTLY IN DEFAULT ON YOUR MORTGAGE LOAN. IF YOU DO NOT PAY WHAT IS OWED AND CURE THIS DEFAULT, WE MAY SELL YOUR PROPERTY AT FORECLOSURE SALE. PLEASE READ THIS NOTICE CAREFULLY.

| | |
|---|---|
| Date of Notice: | 05/28/2010 |
| Property Address: | 219 DATELEAF AVE |
| | CAPITOL HEIGHTS MD 2074 |
| Name of Borrower(s): | YWAUNA PEDEN |
| Mailing Address: | 219 DATELEAF AVE |
| | CAPITOL HEIGHTS MD 20743 |

Name of Record Owner:       TRUST NUMBER A19 19 DT RES LND TR L POWELL
(If different from Borrower:)

Mailing Address of Record Owner:
(If different from Borrower:)

| | |
|---|---|
| Mortgage Loan Number: | |
| Lien Position: | FIRST MORTGAGE |
| Date of Last Payment: | 09/09/2008 |
| Period to which most recent loan payment was applied: | July 2008 |
| Date of Default: | 08/02/2008 |
| Total Amount Owed: | $51136.16 |

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY

DEED OF TRUST

TAKEN FROM LIBER 27344 FOLIO 381 THE OF THE
LAND RECORDS OF THE STATE AND COUNTY AFORESAID.

IN TESTIMONY WHEREOF, I HERETO
SET MY HAND AND AFFIX THE SEAL OF
THE CIRCUIT COURT FOR THE STATE
AND COUNTY AFORESAID, THIS

DAY OF JULY 2010

CLERK OF THE CIRCUIT COURT, PRINCE GEORGE MD

CLERK #389

Jan  5 2015  14:51

TRS'LLC

27344    3B1

2/3

CLERK OF THE
CIRCUIT C....
07 MAR -9 PM 2 17

CLERK OF THE
CIRCUIT COURT
07 MAR -9 PM 2 16

9/21/2010

After Recording Return To:
METABANK
9710 TWO NOTCH ROAD
COLUMBIA, SOUTH CAROLINA 29223
Loan Number:

Return To:
McInnes Title
4821 Leland Street
Chevy Chase, MD 20815

Parcel ID#
Title Insurer: Stewart Title
Case #    6885

[Space Above This Line For Recording Data]

**DEED OF TRUST**

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated JANUARY 30, 2007, together with all Riders to this document.

(B) "Borrower" is                                    CARYTOWN

MARYLAND 20744

Borrower is the trustor under this Security Instrument.

(C) "Lender" is  MARYLAND MORTGAGE SERVICES, LLC.

Lender is a  MARYLAND LIMITED LIABILITY COMPANY                organized
and existing under the laws of  MARYLAND
Lender's address is   1655 CROFTON BOULEVARD, SUITE 301, CROFTON,
MARYLAND 21114

(D) "Trustee" is  JAMES R. TATE
8835 LLOYD BOWEN ROAD, ST. LEONARD, MARYLAND 20685

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated JANUARY 30, 2007.

MARYLAND--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3021 1/01
Page 1 of 14



MD CIRCUIT COURT (Land Records) [MSA CE 43-27344] FM 27344, p. 0/45  Printed 07/13/2010  Dated 01 10/2007.

RECORDING REQUESTED BY
and when recorded mail to:

MONICA YWUANA PEDEN
C/O 219 DATELEAF AVE
CAPITOL HTS, MD, NEAR 20743

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT
### CERTIFICATE OF NON-RESPONSE
Notice to Agent is Notice to Principal

Parties:     **Monica Ywuana Peden**
             **c/o Rosa L. Beatty , NOTARY WITNESS**
             **12138 Central Ave,**
             **Bowie, Maryland 20721**

### HOMELAND SECURITY
### WASHINGTON, DC

### LEGAL NOTICE DATED: NOVEMBER 1, 2014

#### COMMERCIAL OATH AND VERIFICATION

State of MARYLAND            )
                             )         Commercial Oath and Verification
County of PRINCE GEORGES     )

NOTARY WITNESS, _Rosa L. Beatty_ under her Commercial oath with unlimited liability proceeding in
good faith being of sound mind states that the facts contained herein are true, correct, complete and not
misleading to the best of his private firsthand knowledge and belief under penalty of International Commercial
Law.

1. That the evidence shows that no respondents came forward, produced any evidence or rebutted any claims
   set forth within the **LEGAL/ PUBLIC NOTICE DECLARATION OF AUTHORITY AND NON-CORPORATE STATUS**
   duly posted in the **Ajo Copper News OCTOBER 1, thru October 21, 2014** evidenced by affidavit from the
   publisher Hollister David.
2. That the 35 days to respond including mail time concluded on October 21, 2014.
3. That no valid response to the **LEGAL/ PUBLIC NOTICE DECLARATION OF AUTHORITY AND NON-CORPORATE
   STATUS** has been evidenced by U.S. MAIL or any private carrier.
4. That the respondents are now in DEFAULT and WITHOUT RECOURSE.
5. NOTARY WITNESS further sayeth naught.

Executed on this _1st_ day of _November_ , 2014   By: _____
                                                       Rosa L. Beatty , NOTARY WITNESS

**Attached hereto:**
   1. Affidavit of filing from the publisher, Hollister David with published Legal Notice.
   2. Notarized Affidavit of Reappointment of Fiduciary for MONICA YWUANA PEDEN, vessel.

RECORDING REQUESTED BY
and when recorded mail to:

NAME:
MAILING:
CITY, STATE ZIP CODE:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

NOTICE OF INDEMNIFICATION & ASSIGNMENT OF REVERSIONARY INTEREST
TO UNITED STATES IN ACCORDANCE WITH
12 U.S.C §95a 2
Notice to Agent is Notice to Principal

Claimant:      MONICA YWUANA PEDEN

Parties:       Department of Justice U.S. Attorney General
               UNITED STATES OF AMERICA

DATED: December 2ᵈ, 2014

TO WHOM IT MAY CONCERN:

Monica Ywuana Daughter of Peden has accepted the United States offer to contract pursuant to 12 U.S.C §95a
2

Which states the following:

(2) Any payment, conveyance, transfer, assignment, or delivery of property
or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any
rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for
all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect
to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this
section, or any rule, regulation, instruction,
or direction issued hereunder.

All Property bearing the title MONICA YWUANA PEDEN or any variation thereof is hereby fully assigned to the UNITED
STATES and all the reversionary interest thereof. The purpose of this is to complete the usufruct contract between all the
parties.

Notice of full assignment can be viewed at the Maryland Office of Secretary of State UCC division see attachment.

This notice is also to inform you that I am a peaceful inhabitant here to help the injured and as the naked owner, I expect the
United States to give me a way to operate in commerce because Federal Reserve Notes incur debt and liabilities on present
and future generations. I expect to be removed from the criminal database as an enemy of the state, and granted safe
harbor, innocent passage, and quiet enjoyment.

Pursuant to 12 U.S.C. § 1(a) which states the following:

(a) Office of the Comptroller of the Currency established
There is established in the Department of the Treasury a bureau to be known as the "Office of the Comptroller of the
Currency" which is charged with assuring the safety and soundness of, and compliance with laws and regulations, fair access
to financial services, and fair treatment of customers by, the institutions and other persons subject to its jurisdiction.

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent.

## AFFIDAVIT OF REAPPOINTMENT OF FIDUCIARY

I, *monica ywuana* ~~son~~ *daughter* of *peden*, Living Woman, majority of age, competent for stating the matter, having firsthand knowledge about the facts stated herein.

### The eternal unchanged principles of common Law are:

(A) In Commerce Truth is sovereign and Truth is expressed in the form of an affidavit.

(B) An affidavit not rebutted point-for-point after thirty (30) days becomes the Judgment in Commerce.

## STATEMENT OF FACTS & NOTICE AND DEMAND

1. FACT: MONICA YWUANA PEDEN - DOE ████████ 1972 is the name of a vessel doing business as a Cestui Que Vie (CQV) trust and that MONICA YWUANA is a corporate title that appears on the Birth Certificate which is a shipping document that pertains to a UNITED STATES Vessel.

2. FACT: I, Living Woman am NOT a person or "person of the defendant", known as the vessel; NOT the fiduciary or the surety for the debts of the vessel, neither did I agree to be the trustee of any Cestui Que (Vie) or Foreign Situs trust created for My benefit as beneficiary. The obligation belongs to the true surety or sureties in collusion with one another in the creation of the vessel and the vessel's Birth Certificate; the creation of a stock certificate and a Bond issued by the U.S. Treasury listed in the section below.

3. **I hereby reappoint the fiduciary** of the above named vessel back to the original fiduciary of the vessel as well as the following listed entities and all their successor and assigns who were in collusion with the creation of the vessel, creation of a stock certificate and a bond, that is being traded on the Circle 750 Stock Exchange, held in trust at the DTC for my benefit including but not limited to Willis R. Bradwell, Jr. District of Columbia Registrar Office of vital Records Department of Health and his successors and assigns

4. **Notice is given & Demand is made** to all states, agents, agencies, political subdivisions or instrumentalities of the U.S. -- courts, to update your records to change the fiduciary to one or all of the above entities.

I affirm (attest, verify or state), under penalty of perjury in accordance with the laws of The United States of America and the Law of Nations that the foregoing is true and correct to the best of My knowledge and belief.

All Rights Reserved (a)

Executed on this 2ⁿᵈ day of December, 2014    By: *Monica Ywuana; daughter of PEDE*

*Monica Ywuana* daughter of *Peden*, Living Woman

STATE OF *Maryland* )

) ss:    **JURAT**

COUNTY OF *Prince Georges* )

Subscribed and sworn to (or affirmed) before me on this 2ⁿᵈ day of *December*, 2014,

by the authorized agent for MONICA YWUANA PEDEN proved to me on the basis of satisfactory evidence to be the agent of the person(s) who appeared before me.

# AFFIDAVIT OF STATUS & STANDING
## of monica ywuana Family peden
## WITH NOTICE AND DEMAND

**Respondent(s):**

- U.S. Secretary of State
- U.S. Secretary of the Treasury
- District of Columbia Public Health Department and Local Registrar of Births
- District of Columbia, Attorney General, Office Of United States District Court

- U.S. Attorney General
- Associate U.S. Attorney General
- Commissioner of Internal Revenue Service
- Chief Counsel of the Office of Foreign Asset Control
- Office of the Comptroller of the Currency

Simple implied contract between the parties. Receiving agent binds principal. Self-Executing Contract and Irrevocable Estoppel, in perpetuity. Your entrance into contract is knowing, willful and voluntary (and all Successors and Assigns). Notice to agent(s) is Notice to principal(s) and Notice to principal(s) is Notice to agent(s).

I, monica ywuana Family peden, Living Woman, majority of age, competent for stating the matter, having **firsthand knowledge** about the facts stated herein.

**The eternal unchanged principles of common Law are:**
- (A) A matter must be expressed for being resolved.
- (B) In Commerce Truth is sovereign and Truth is expressed in the form of an affidavit.
- (C) An affidavit not rebutted point-for-point after thirty (30) days becomes the Judgment in Commerce.
- (D) A man may not with impunity infringe upon another man's rights.

## DEFINITIONS

➢ **I, My, Me, We, Our, Us**, used interchangeably <u>shall mean</u> a Superior tribunal of mind, body and soul, also known as monks ywuana of the Family peden, Living Woman, also referred to as affiant.

➢ **CQV** <u>shall mean</u> Cestui Que (Vie) Trust, Foreign Situs, Constructive or Secret Trust.

➢ **Vessel** <u>shall mean</u> MONICA YWUANA PEDEN, U.S. vessel d.b.a a Cestui Que Vie Trust.

➢ **You** <u>shall mean</u> any of the following: the United States, The State; Public Servants/employees, government agents, legislators, Courts, Judges, Attorneys, Court Administrators of the U.S.; foreign states, political subdivisions or instrumentalities of a state or foreign state and those operating as foreign agents of any foreign state such as the U.S.

➢ <u>Underline</u>, *italics* or **bold** type face is used to emphasize key words, concepts and ideas.

## STATEMENT OF FACTS

1. FACT: That affiant does NOT relinquish any rights, title or ownership of this Affidavit, period.

2. FACT: There is no evidence and none have been received that the following facts are not true.

3. FACT: That the foundation of Commercial Law, being based on certain eternally just, valid, and moral precepts, has remained unchanged for at least six (6) millennia and forms the underpinnings of Western Civilization if not all Nations, Law, and Commerce in the world; is NON-JUDICIAL, and is prior and superior to, the basis of, and cannot be set aside or overruled by the laws and statutes of any Governments, Legislatures, Quasi-Governmental Agencies, Judges or courts. It is therefore an inherent obligation on all such entities, Authorities, Officials, Judges, Attorneys, and all aspects and Agents of all Law Enforcement Agencies to uphold said Commercial Law, without which said entities are violating **The Rule of Law** and the just basis of their alleged authority and serving to disintegrate the society they exist to protect. *Notice*: Motu Proprio issued by Pope Francis strips the immunities of all public officials effective ___9/1/13___ . You are now subject to The Rule of Law.

AFFIDAVIT OF STATUS & STANDING
oF monica ywuana Family peden
WITH NOTICE AND DEMAND

9. **FACT:** All laws, regulations, statutes or codes regulates corporations, not the Living Woman.

10. **FACT: I am NOT any of the following:** a corporation, a person, a U.S. or juristic person, person of the defendant – vessel, a minor, a subject, an instrumentality of a foreign state, anyone's property, stock, chattel, a thing, a ward of the state or the court under the doctrine of *Parens patriae*, a minor, a criminal, a lunatic, **neither am I** lost at sea or abandoned. Some of these utterly false presumptions has formed the basis for the establishment of a CQV trust to impede on My life, liberty and pursuit of happiness. All of these presumptions are hereby rebutted.

11. **FACT:** I Living Woman, am NOT a <u>defendant</u> or "<u>person of the defendant</u>" known as the Vessel; NOT a public servant, a public trustee, a corporate or government employee; driver, taxpayer or criminal.

12. **FACT:** I never consented to: **(a)** pledge or convey my body, energy, labor as chattel property; **(b)** being the trustee, fiduciary, executor OR the property, res for any Cestui Que Vie (CQV), Foreign Situs, Constructive trust or secret trust; **(c)** be the surety for the debts of the above named vessel.

13. **FACT:** The obligation belongs to the true surety and creator of the vessel, the entity listed below, in collusion with Washington, District of Columbia and the United States dba Homeland Security.

14. *Notice* is hereby given that <u>the fiduciary of the above named vessel has been re-appointed back to the original fiduciary and creator of the vessel</u> – the current occupant of that office is: **Willis R. Bradwell Jr., d.b.a District of Columbia Registrar Office of vital Records Public Health Department.**

15. **The newly appointed fiduciary** and/or in concurrence with the court(s) within the United States that exercises primary supervision over the administration of the MONICA YWUANA PEDEN, CQV trust, see [26 USC § 7701 (30)(E)(i)] is responsible for discharging, setting off, paying and satisfying all such account holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, **charges**, and any and all other obligations for MONICA YWUANA PEDEN, vessel. As fiduciary and trustee for one of "We the People", **demand is made** to (a) settle all matters with the newly appointed fiduciary and; (b) dismiss all charges with prejudice for the above named vessel, if any and; (c) expunge the vessel from all criminal databases.

## NOT A U.S. CITIZEN

16. **FACT: Fourteenth Amendment citizen.** Unknown to most people the 14th Amendment to the U.S. Constitution is a device and artifice that deceives them to surrender their rights and giving up their *de jure* (rightful) political affiliation by unknowingly participating in an **alternate body politic** set forth by an **operation of law** that criminalizes them, thereby becoming a **ward of the State**, and classifying them as an enemy of the State, a **subject** and 2nd class citizen. **Section 2** of the amendment, ambiguous in its language is where the operation of law is found that executes the act of sedition against the sovereignty of the state of birth. By registering to vote or participating in elections, one unknowingly participates in an artifice/scheme that involves "*participating in rebellion or other crime*". This is the real context of the Trading with the Enemy Act (TWEA). The U.S. has classified all of its citizens as enemies of the state who unknowingly and without full disclosure entered into contract through a voter registration application. This adhesion contract – unconscionable is null and void.

17. **FACT:** For reasons listed above, the Registrar of Voter was served a notice and demand to expunge voter registration record for MONICA YWUANA PEDEN and removal from all criminal databases.

18. **FACT:** The United States (U.S.) is not a country, it is a Federal Corporation. I have never willingly and knowingly pledged an oath of allegiance to a corporation within the District of Columbia or otherwise.

19. **FACT:** I am **NOT** and never have been a U.S. citizen, neither am I an enemy of The State.

20. **FACT:** Any document that was ever signed in the affirmative Yes to "*Are you a U.S citizen?*" was signed by **Living Woman acting as an agent for another, the U.S Vessel** aka U.S. person which is a corporate citizen of the United States, not Me, Living Woman. In American law, the term 'citizen' relates to political rights or being a 'subject'. I am NOT a subject.

21. **FACT:** No court has any jurisdiction over the body of monica ywuana peden, Living Woman, only their own state created vessel or U.S. person aka U.S. citizen.

22. **FACT:** All contracts that was ever signed for Monica Ywuana Peden, was signed by its **authorized**

AFFIDAVIT OF STATUS & STANDING

oF monica ywuana Family peden

## WITH NOTICE AND DEMAND

25. FACT: **I give no consent** to create a Constructive trust or any secret trust or a case # in My name or a derivative thereof on any basis of the statutory person to use it against Me. To do so is fraud. See Definition of **Constructive Trust**, [Black's Law, 6th Ed. Page 1510] and **Trust ex maleficio.** [Black's Law, 6th Ed. Page 1513] which defines a constructive trust as fraud. Fraud nullifies all agreements. Any agreements, entered into with any court is null and void *ab initio.*

26. FACT: When a court creates a constructive trust forming the basis to prosecute a case, The law of Trusts clearly states that if the trustee and beneficiary becomes one and the same, the trust is automatically dissolved. As beneficiary, anytime I'm brought into a court to be made the trustee of a constructive trust, you just dissolved the trust and you're operating in fraud, injuring the Living Woman.

27. FACT: When My name is illegally or unlawfully used as a derivative, *converted* into the ALL CAPITALIZED spelling, you have knowingly, willfully and voluntarily accepted the role / obligation of Surety, Trustee and Fiduciary, and you will and agree to settle all matters for MONICA YWUANA PEDEN or any variations thereof.

28. FACT: **I never consented to:** (a) be classified as an infant or a ward of the court; (b) submit to any court's jurisdiction as I do not **understand** or **stand under** its authority; (c) be held against My will, imprisoned, tracked or monitored, drugged, vaccinated, filed, finger printed, mentally or psychologically evaluated or represented. *Notice,* This is trespassing and injures Me, Living Woman.

29. **I hereby CLAIM:** a) My mind, body and soul; b) My Birthright and God-given inheritance and right to own property; c) All accounts, accounting, fixtures, products & proceeds of collateral of the vessel and the orders therefrom held in trust for my benefit as beneficiary; d) Superior title to My own name listed above and all derivatives & variations thereof as 1st in line, 1st in time given by My parents in trust as being monica,ywuana peden Trust.

30. FACT: Pertaining to all court matters, a claim has been stated upon which relief could be granted.

31. It was never disclosed to My parents that signing a Birth Certificate application as an **informant** would trigger an operation of law that would classify Me as a criminal making Me a ward of the state.

32. FACT: Due to fraud, non-disclosure and unconscionable terms, starting with the Birth Certificate and all derivative contracts, I rescind My signature on all contracts for and on behalf of the vessel, as well as agreements with any court such as plea bargains, etc., also revoking all powers of attorney. If any court wants to move forward on any contracts signed under threat of duress, panic, haste and coercion, it must be noted that all contracts was signed as the authorized agent for the vessel.

## DEFAULT

33. **Receipt of this Notice and Demand by Affidavit is your acknowledgement and acceptance.**

34. You are not required to answer or rebut this affidavit. If You rebut, You must provide written documentation and evidence supporting your claim, counter-claim only by sworn oath of affirmation via certified or registered mail to the Notary Witness listed below in order to be a **valid response.**

35. Your failure to rebut this affidavit fact-for-fact under penalty of perjury within thirty (30) days from the date of receipt **(a)** will establish this affidavit as truth and law; **(b)** is You agreement, consent, acquiescence to, by *Tacit Procuration, Stare Decisis, Nihil Dicit, Res Judicata,* accepting full liability for your actions; **(c)** means that you cannot proceed administratively or Judicially without causing **further injury to Me, Living Woman,** and if this is the case, this would constitute dishonor of this contract which will warrant further action against You. Of that you have been Noticed and **_Warned_**.

36. **Notice and Demand:** It is also the responsibility of the appropriate parties: **(a)** to protect Me as stated within 40 Stat 411, Section 16 under the Trading with the Enemy Act (TWEA) and; **(b)** All assets held in trust, accounting and account information to be disclosed and released to the Beneficiary.

37. **Send all correspondence via certified mail** to the following Notary Public witness: c/o Rosa Beatty, 12138 Central Ave, Mitchelville, Maryland near [20721].

I affirm (attest, verify or state), under penalty of perjury in accordance with the laws of The United States of America that the foregoing is true and correct to the best of My knowledge and belief.



AFFIDAVIT OF STATUS & STANDING
oF monica ywuana Family peden
WITH NOTICE AND DEMAND

## MARYLAND JURAT CERTIFICATE

STATE OF **MARYLAND**        )     **JURAT**
                            ) ss:
COUNTY OF **PRINCE GEORGE'S**    )

Subscribed and sworn to (or affirmed) before me on this _2nd_ day of _December_ 2014,

by the authorized agent for **MONICA YWUANA PEDEN** proved to me on the basis of

satisfactory evidence to be the agent of the person(s) who appeared before me.

Witness my hand and official seal.

_Signature of Notary Public_

Notary Public: _Rosa L. Beatty_

My Commission Expires: _Dec. 02, 2017_

**ROSA L. BEATTY**
**NOTARY PUBLIC STATE OF MARYLAND**
**Prince George's County**
**My Commission Expires December 2, 2017**

SEAL



**Notice** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.
Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner, nor does it
convey me as a person (ens legis), individual or fictitious entity in any capacity. This is The Living Woman upon the land
who stands before the notary.

IRS LLC          Jan 5 2015 14:55   P.23

State of Maryland

Circuit Court of Prince Georges County

Case Number:CAEF14-24083

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a Certified copy of the

Notice of Affidavit in the above entitled case in the

Circuit Court for Prince George's County Maryland.

IN TESTIMONY WHEREOF, I here to set
my hand and affix the seal
of the Circuit Court for Prince
George's County, Maryland, this
9th day of December 2014

Sydney J. Harrison
CLERK #559

Case No. CAEF14-24083

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of Notice of

Pendency of Action and Docket Entries in the above-entitled case in

the Circuit Court for Prince George's County, Maryland.

IN TESTIMONY WHEREOF, I
Hereto set my hand and affix the seal Of
the Circuit Court for
Prince George's County, Maryland, this
5th January 2015

Sydney J Harrison

TRS 'LLC                                Jan 5 2015 14:56    P. 29

## UCC APPROVAL SHEET
## ** EXPEDITED SERVICE **          ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| Expedited Fee | $50.00 |
| UO - Original Financing Statement | $25.00 |
| UOA - Original Financing Statement With Assignment | $25.00 |
| UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| UMA - Amendment | $25.00 |
| UMDA - Amendment - Debtor Added | $25.00 |
| UMDC - Amendment - Debtor Name Change | $25.00 |
| UMDD - Amendment - Debtor Deleted | $25.00 |
| UMSA - Amendment - Secured Party Added | $25.00 |
| UMSC - Amendment - Secured Party Name Change | $25.00 |
| UMSD - Amendment - Secured Party Deleted | $25.00 |
| UMC - Amendment - Continuation | $25.00 |
| UMT - Amendment - Termination | $25.00 |
| UMZ - Amendment - Assignment | $25.00 |
| UMZP - Amendment - Partial Assignment | $25.00 |
| UMCS - Amendment - Correction Statement | $25.00 |
| UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| UOPF - Public Finance - Original Financing Statement | $25.00 |
| Documents Nine (9) Pages or More | $75.00 |
| Certified Copies | |
| Plain Copies | |

TOTAL FEES: $189.⁰⁰

RECORDED ON 01/05/2015 AT 11:51 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION

_____ Other Change(s)

Code _____

UNITED STATES
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

### NO FEE TRANSACTION TYPES

- URC - Copies
- UNCP - Void - Non-Payment
- UCC - Cancellation
- UCR - Reinstatement
- UCO Departmental Action
- UCREF - Refund Recordation Tax
- UCIS - Incorrect ID Number
- XOVRU - UCC Overrides
- UMFC - Filing Office Correction Statement

CERTIFIED
COPY MADE

METHOD OF PAYMENT

Cash ____  Check ____  Credit Card ____

Number of Checks ____

COMMENT(S):

Stamp Work Order and Customer Number HERE



State of Maryland

**Department of**
**Assessments and Taxation**

Charter Division

Martin O'Malley
*Governor*

Robert E. Young
*Director*

Paul B. Anderson
*Administrator*

Date: 01/05/2015

UNITED STATES
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

This letter is to confirm acceptance of the following filing:

FILE NUMBER          : ▮▮▮▮▮
TYPE OF REQUEST      : ▮▮▮▮▮▮▮▮▮▮▮
DATE FILED           : 01/05/2015
TIME FILED           : 11:51 AM
BASE FEE             : $75.00
EXPEDITED FEE        : $70.00
COPY FEE             : $44.00
ACKNOWLEDGEMENT      :
CUSTOMER ID          : ▮▮▮▮▮▮▮▮
WORK ORDER NUMBER    : ▮▮▮▮▮▮▮▮

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888)246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*
*Website: www.dat.state.md.us*



UACCPT

RECEIVED

2015 JAN -6 A II 51

**A. NAME & PHONE OF CONTACT**
Monica Ywuana Peden

**B. E-MAIL CONTACT AT FILER** (optional)

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
┌                                              ┐
  UNITED STATES
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001
└                                              ┘
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| PEDEN | MONICA | YWUANA | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| c/o 219 Dateleaf Avenue | Capitol Hts | MD [20745] | usa |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNITED STATES | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 950 Pennsylvania Ave, NW | Washington | DC 20530-0001 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

Lis Pendens

Liber 24428 folio 627, 219 Dateleaf Ave., Capitol Hts, MD [20743]   SEE "Exhibit A"
ALL reversionary interest is assigned to the account of the UNITED STATES pursuant to 12 USC95a2 with regards to usufructary rights of estate.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☑ Agricultural Lien   ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**
By _____   Registerd Agent

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the ___ 24
page document on file in this office.  DATED: 01-05-15
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION:
BY _____, Custodian
This stamp replaces our previous certification system. Effective: 6/95

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
PEDEN
FIRST PERSONAL NAME
MONICA YWUANA
ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)
11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
TRUST NUMBER A19, of the 19 Date Residential Land Trust

16. Description of real estate:
Liber 24428 folio 627
219 Dateleaf Ave., Capitol Hts, MD [20743]

17. MISCELLANEOUS:
By _____  Registered Agent

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

MARYLAND
JUDICIARY

Date Printed :01/05/2015
Circuit Court For Prince George's County, Maryland

## Civil Case Summary

**Case No:** CAEF14-24083

**Case Description:** WBGLMC vs Peden

**Case Status:** ACTIVE

**AOC Case Type:** Property

**Civil Case Type:** Foreclos of Deed Tr

**Filing Date:** 09/02/2014

**DCM Track:** 9

**Try By Date:**

### Related Cases

Related CaseId

### Parties

| Party ID | Party Name | Party Code | End Date |
|---|---|---|---|
| LE3535 | Lele, Pratima | ATT | |
| @2743224 | Peden, Ywuana | DEF | |
| WBGLMC | Ward, Bierman, Geesing, Lele, Monto and Coleman | SUB | |

### Judgments

| Amount | Name | Filing Date | Status | Last Active Date |
|---|---|---|---|---|

### Events

| Schedule Date | Schedule Event | Closing Docket | Docket Date | Judge |
|---|---|---|---|---|



MARYLAND
JUDICIARY

Date Printed :01/05/2015
Circuit Court For Prince George's County, Maryland

## Civil Case Summary

Docket Activity

| Date | Docket Entry | User |
|------|-------------|------|
| 09/02/2014 | Order To Docket Foreclosure Fd<br>001<br>proceeding to forc d/t on liber 27344 folio 398 w/ attachments - fd<br>als<br>e 09-04-14 | ALS |
| 09/02/2014 | Forclsure Eligible for Mediatn | ALS |
| 09/02/2014 | CaseType: Foreclos of Deed Tr | ALS |
| 09/02/2014 | Forclsure/Prel Loss Mitgtn Aff<br>002<br>als<br>e 09-04-14 | ALS |
| 09/11/2014 | Affidavit of Service, fd<br>003<br>Served Ywuana Peden on 9/7/14 by posting property - notice of forc action, fd<br>shp<br>e 9/23/14 | SHP |
| 09/18/2014 | Notice, filed<br>004<br>fd. AFFID of mailing of vacant property registration form  kbp<br>e 9-30-14 | KBP |
| 09/24/2014 | Deed of Appt/Appt of Sub Tr Fd<br>005<br>fd/qnb e 10/3/14 | QNB |
| 10/23/2014 | Forclsure/Finl Loss Mitgtn Aff<br>006<br>fd. kbp<br>e 10-29-14 | KBP |
| 11/07/2014 | Reply, filed<br>007<br>response to Final Loss Mitifation Affidavit,fd,acc<br>e 12/11 | ACC |
| 12/16/2014 | Notice, filed<br>008<br>Notice of Affidavit<br>dec<br>e 12-16-14 | DVE |
| 01/05/2015 | Notice, filed | APH |

MARYLAND
JUDICIARY                          Date Printed :01/05/2015
                     Circuit Court For Prince George's County, Maryland

                                   Civil Case Summary

          009
          aph
          notice of pendency action